1 bobbyloveinf

2 LEONARDO M. RAPADAS
United States Attorney
3 JOSEPH TOCK
Special Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
5 Hagåtña, Guam 96910
Telephone:  (671) 472-7332
6 Telecopier:  (671) 472-7334

7 Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 23 2005

**MARY L.M. MORAN
CLERK OF COURT**

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE TERRITORY OF GUAM**

10 UNITED STATES OF AMERICA,  ) MAGISTRATE CASE NO. 05-00029
)
11                Plaintiff,  )  **INFORMATION**
)
12                            )  **ENTERING MILITARY PROPERTY**
      vs.                     )  [18 U.S.C. § 1382] (Misdemeanor)
13                            )
BOBBY D. LOVE, JR.,          )
14                            )
                Defendant.   )
15 _____)

16 THE UNITED STATES ATTORNEY CHARGES:

17      On or about the 20th day March 2005, in the District of Guam, the defendant, BOBBY D.

18 LOVE, JR., went upon a United States military reservation, to wit:  Andersen Air Force Base,

19 Guam, for a purpose prohibited by law or lawful regulation, that is, intending to assist in the

20 unlawful taking of wildlife in violation of Title 5, Guam Code Annotated, Section 63121, and

21 Title 16, United States Code, Section 3372(a)(3)(A), all in violation of Title 18 United States

22 Code, Section 1382.

23      Dated this 20th day of May 2005.

24                                      LEONARDO M. RAPADAS
                                        United States Attorney
25                                      Districts of Guam and CNMI

26
                                   By: _____
27                                      JOSEPH TOCK
                                        Special Assistant U.S. Attorney
28