

**FILED**
DISTRICT COURT OF GUAM

MAY 24 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>**BOBBY D. LOVE, JR.**<br><br>        Defendant. | MAGISTRATE CASE NO. **05-00029**<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 24th day of May, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM