# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### MAGISTRATE CRIMINAL MINUTES

**CASE NO. MG-05-00029**  **DATE: 05/24/2005**  **TIME: 9:55 a.m.**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding  Law Clerk: Judith Hattori
Court Recorder and Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:55:45 - 10:12:36  CSO: J. Lizama

************************* APPEARANCES *************************

**DEFT: BOBBY D. LOVE, JR.**  **ATTY: JOHN GORMAN**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.   ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY: JOSEPH TOCK**  **AGENT:**

**U.S. PROBATION: STEVE GULLIOT**  **U.S. MARSHAL:**

**PROCEEDINGS: INITIAL APPEARANCE / ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
(X) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: __FEDERAL PUBLIC DEFENDER__, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED: AGE: __41__  HIGH SCHOOL COMPLETED: __GED__
(X) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
(X) PLEA ENTERED: (X) *GUILTY* ( ) *NOT GUILTY* - TO: __AMENDED INFORMATION: ENTERING MILITARY PROPERTY__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
(X) PLEA AGREEMENT FILED: __NO WRITTEN PLEA__  PLEA: (X) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
(X) DEFENDANT TO REMAIN RELEASED

**NOTES:**

Defendant orally consented to enter his plea of guilty before a U.S. Magistrate Judge. The Court and parties amended the Information: 1) Strike the words "intending to assist in the unlawful taking of wildlife in violation of Title 5, Guam Code Annotated, Section 63121" to read "the taking of property belonging to the United States in violation of Title 18 United States Code, Section 641, the property having a value of less than $1000.00". Joint recommendation to impose a fine of $100 and a special assessment fee. The Court sentenced Defendant and imposed a fine of $100.00 and a special assessment of $10. The Court advised Defendant of his appeal rights.