AO 245H (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

**FILED**
**DISTRICT COURT OF GUAM**
**MAY 31 2005**
**MARY L.M. MORAN**
**CLERK OF COURT**

# UNITED STATES DISTRICT COURT

District of     GUAM

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For a Petty Offense) |
| | CASE NUMBER: MG-05-00029 |
| **BOBBY D. LOVE, JR.** | USM NUMBER: |
| | **JOHN GORMAN, Federal Public Defender** |
| | Defendant's Attorney |

**THE DEFENDANT:**

**X**   **THE DEFENDANT** pleaded guilty to count(s)   **I**

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 1382 | Entering Military Property | 3/20/2005 | I |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $ 10.00 | $ 100.00 |

Defendant's Soc. Sec. No.: XXXXX-XXXX

Defendant's Date of Birth: XXXXXXXX

Defendant's Residence Address:

Dededo, Guam 96929

Defendant's Mailing Address:
**Same as above**

May 24, 2005
Date of Imposition of Judgment

Signature of Judge

**JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE**
Name and Title of Judge

MAY 31 2005
Date

EOD 5/31/05